IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 20-186-TDC |
| EDWARD BUFORD, III | * | |
| | * | |
| Defendant. | * | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
SENTENCING MEMORANDUM**

The Defendant, Edward Buford, III, by and through his attorneys, Michael E. Lawlor, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully files this consent motion to extend the time within which the Defendant is to file his memorandum in aid of sentencing. In support of this motion, counsel states as follows:

1. Per prior Order of the Court, undersigned counsel is to file the defendant's sentencing memorandum on or before Wednesday, July 20, 2022.

2. Undersigned counsel requires a brief extension of time to complete the sentencing memorandum in this case due to other court obligations and deadlines on undersigned counsel's calendar. For these reasons, the undersigned counsel respectfully asks for an extension to Friday, July 22, 2022 to file the defendant's sentencing memorandum in this case.

3. Undersigned counsel discussed this request with Assistant United States Attorney Jessica Collins. At this time, the undersigned is authorized to state

1

that the United States does not oppose this request.

4.	For these reasons, undersigned counsel respectfully asks for a brief extension of time to file the defendant's sentencing memorandum such that the defendant's sentencing memorandum will be filed on or before Friday, July 22, 2022.

> Respectfully submitted,
> /s/
> _____
> Michael E. Lawlor
> Nicholas G. Madiou
> Brennan, McKenna & Lawlor, Chtd.
> 6305 Ivy Lane, Suite 700
> Greenbelt, Maryland 20770
> 301.474.0044
> mlawlor@verizon.net
> nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2022, a copy of the foregoing was electronically filed under seal, with a copy sent to counsel for the United States Attorney's Office for the District of Maryland.

> /s/
> _____
> Michael E. Lawlor