IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No. 20-cr-186-TDC** |
| | * | |
| **EDWARD T. BUFORD, III** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Edward T. Buford, III by and through his attorneys, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court continue the current sentencing date scheduled in this case for tomorrow, August 3, 2022. In support of this motion, counsel states the following.

1. Mr. Buford is currently scheduled to appear before this Honorable Court for sentencing on August 3, 2022.

2. At this time the undersigned counsel respectfully files this consent motion to continue the sentencing hearing to a date mutually agreeable to the Court and the parties. The reason for this continuance is as follows:

1

a. On August 2, 2022, undersigned counsel appeared before the Circuit Court for Baltimore City, Maryland in the matter of *State v. Shakim Bryant, case no: 120055023*. Undersigned counsel anticipated that this case would resolve by way of a time-served plea based on discussions with the State and the client. That plea did not take place, and the state court denied undersigned counsel's request for a continuance. As a result, the undersigned counsel is currently in trial and unavailable for tomorrow's sentencing hearing before this Court.

3. Undersigned counsel discussed this request with Assistant United States Attorney, Rajeev Raghavan, Esq. and is authorized to state that the United States consents to this postponement request.

4. For these reasons, the undersigned counsel respectfully asks this Court to continue the sentencing hearing scheduled for tomorrow, August 3, 2022 to a new date to be cleared by the parties and this Court.

Respectfully submitted,
/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 2, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/
_____
Michael E. Lawlor